**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Raynara, LLC | ) |
| | ) Case No.: 24-cv-5973 |
| Plaintiff, | ) |
| v. | ) |
| | ) Judge: Hon. Andrea R. Wood |
| The Partnerships and Unincorporated | ) |
| Associations Identified in | ) Magistrate: Hon. Beth W. Jantz |
| Schedule "A", | ) |
| | ) |
| Defendants. | ) |
| | ) |

### PLAINTIFF'S *EX PARTE* MOTION FOR EXPEDITED DISCOVERY ORDER

Plaintiff seeks entry of an *ex parte* Expedited Discovery Order on an action arising out of claims of Patent Infringement under 35 U.S.C. § 271.

A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this <u>July 26, 2024</u>

Respectfully submitted,

By: <u>        /s/   Kevin Keener        </u>
Kevin J. Keener
ARDC # 6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 523-2164
kevin.keener@keenerlegal.com