**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| RAYNARA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | No. 24-cv-05973 |
| | ) | |
| v. | ) | Judge Andrea R. Wood |
| | ) | |
| THE PARTNERSHIPS AND | ) | Magistrate Judge Beth W. Jantz |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED IN SCHEDULE "A", | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER GRANTING EARLY DISCOVERY
AND SERVICE OF PROCESS BY ALTERNATIVE MEANS**

Plaintiff Raynara, LLC ("Plaintiff"), having filed a complaint for Patent Infringement, and having moved *ex parte* for early discovery and alternative service of process, and the Court having considered the complaint, declarations, exhibits, and memorandum of law filed in support, **IT IS HEREBY ORDERED:**

1. Each Defendant, within fourteen (14) days after receiving notice of this Order, shall serve upon Plaintiff a written report under oath providing: (a) their true name and physical address; and (b) all websites and online marketplace accounts on any platform that they own and/operate.

2. Plaintiffs may immediately commence discovery for the limited purposes of discovering the identities and contact information for Defendants, and any other websites or online marketplaces that may be selling the Accused products.

3. Plaintiff may effectuate this Order by providing actual of the Order and an appropriate subpoena (if necessary) to any of the following parties: (1) Defendants, their agents,

servants, employees, attorneys, and any persons acting in active concert or participation with them; (2) any banks, savings and loan associations, payment processors or other financial institutions, including without limitation, Wish, eBay, Amazon.com, Inc., Temu, PayPal, Inc., Western Union, Payoneer, Worldfirst, etc. or any other merchant account providers, payment provider, third party processors, credit card associations (i.e. MasterCard and VISA) that receive payments or hold assets on Defendants' behalf; and (3) any third party service providers, including without limitation, ISPs, back-end service providers, web designers, sponsored search engine or ad-word providers, shippers, domain name registrars, domain name registries or online third-party sellers who have provided services for Defendants.

4. Plaintiff may provide notice of these proceedings to Defendants, including notice of any preliminary injunction motion and hearing and service of process pursuant to Fed. R. Civ. P. 4(f)(3), by sending an e-mail with the documents to be served to the e-mail addresses provided for Defendants by third parties hosting their webstores, such as Amazon, Temu, eBay, Wish, Alibaba, etc. Providing notice via e-mail, along with any notice that Defendants receive from webstore hosts and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

5. The Clerk of the Court is directed to issue a single original summons in the name of "Aaolu and all other Defendants identified in the Complaint" that shall apply to all Defendants.

DATED: March 31, 2025

_____
Andrea R. Wood
United States District Judge

2

**SCHEDULE A**

| DOE # | Merchant Name | Merchant ID | Product ID | Listing URL |
|---|---|---|---|---|
| 1 | Aaolu | A2GGHOF2HHAHAS | B0CLRPRHW7 | https://www.amazon.com/Diamond-Transparent-Rotation-Kickstand-Compatible/dp/B0CLRPRHW7 |
| 2 | Aimhu | A1TPVQFYOJO0MT | B0B5939NX4 | https://www.amazon.com/Transparent-Jsoerpay-Diamond-360%C2%B0Rotation-Compatible/dp/B0B5939NX4 |
| 2 | Aimhu | A1TPVQFYOJO0MT | B0BT9M1726 | https://www.amazon.com/Transparent-Jsoerpay-Diamond-360%C2%B0Rotation-Compatible/dp/B0BT9M1726 |
| 2 | Aimhu | A1TPVQFYOJO0MT | B0CJV779DM | https://www.amazon.com/Transparent-Jsoerpay-Diamond-360%C2%B0Rotation-Compatible/dp/B0CJV779DM |
| 2 | Aimhu | A1TPVQFYOJO0MT | B0B5B39SLQ | https://www.amazon.com/Transparent-Jsoerpay-Diamond-360%C2%B0Rotation-Compatible/dp/B0B5B39SLQ |
| 2 | Aimhu | A1TPVQFYOJO0MT | B0B5B114B7 | https://www.amazon.com/Transparent-Jsoerpay-Diamond-360%C2%B0Rotation-Compatible/dp/B0B5B114B7 |
| 3 | Amadeo City | A30WUG2ZDGM0XM | B0BJQBSZ3V | https://www.amazon.com/uxcell-Transparent-Holders-Finger-Rectangle/dp/B0BJQBSZ3V |
| 3 | Amadeo City | A30WUG2ZDGM0XM | B0BJQBKVTX | https://www.amazon.com/uxcell-Transparent-Holders-Finger-Tablet/dp/B0BJQBKVTX |
| 3 | Amadeo City | A30WUG2ZDGM0XM | B0BJTK33MB | https://www.amazon.com/uxcell-Transparent-Holders-Diamond-Finger/dp/B0BJTK33MB |
| 3 | Amadeo City | A30WUG2ZDGM0XM | B0BJTJBSRZ | https://www.amazon.com/uxcell-Transparent-Holders-Diamond-Finger/dp/B0BJTJBSRZ |

| 3 | Amadeo City | A30WUG2Z DGM0XM | B0BJQB9 RJT | https://www.amazon.com/uxce ll-Transparent-Holder-Finger-Tablet/dp/B0BJQB9RJT |
| 3 | Amadeo City | A30WUG2Z DGM0XM | B0BJQ8L 92G | https://www.amazon.com/uxce ll-Transparent-Holder-Finger-Tablet/dp/B0BJQ8L92G |
| 3 | Amadeo City | A30WUG2Z DGM0XM | B0BJQFS FQW | https://www.amazon.com/uxce ll-Transparent-Holders-Finger-Rectangle/dp/B0BJQFSFQW |
| 3 | Amadeo City | A30WUG2Z DGM0XM | B0BJQB4 827 | https://www.amazon.com/uxce ll-Transparent-Holders-Finger-Tablet/dp/B0BJQB4827 |
| 3 | Amadeo City | A30WUG2Z DGM0XM | B0BJQ98 61H | https://www.amazon.com/uxce ll-Transparent-Holders-Finger-Rectangle/dp/B0BJQ9861H |
| 4 | AmaShow | A3ON7DLW NIALCL | B0CDPX NKN6 | https://www.amazon.com/Jeff dad-Diamond-Transparent-Rotation-Compatible/dp/B0CDPXNKN 6 |
| 6 | Boqiaoo | A2ELD1D6Y 5G564 | B0C2CQ MTDT | https://www.amazon.com/Lus ofie-Rotation-Rhinestones-Kickstand-Compatible/dp/B0C2CQMTD T |
| 7 | Brillianthp | AQRC02ILY 1JLJ | B0CLCY XCPK | https://www.amazon.com/CO MNICO-Transparent-Kickstand-Rotation-Compatible/dp/B0CLCYXCP K |
| 7 | Brillianthp | AQRC02ILY 1JLJ | B0CLCZ R897 | https://www.amazon.com/CO MNICO-Transparent-Kickstand-Rotation-Compatible/dp/B0CLCZR897 |
| 7 | Brillianthp | AQRC02ILY 1JLJ | B0CLCY Z952 | https://www.amazon.com/CO MNICO-Transparent-Kickstand-Rotation-Compatible/dp/B0CLCYZ952 |
| 7 | Brillianthp | AQRC02ILY 1JLJ | B0CDWN XJZZ | https://www.amazon.com/CO MNICO-Transparent-Kickstand-Rotation-Compatible/dp/B0CDWNXJZ Z |
| 8 | CNYMANY-US | A4ZIL3VYZ TRXJ | B0B6VY D43H | https://www.amazon.com/Tran sparent-CNYMANY-Kickstand-Smartphone- |

| | | | | Accessories/dp/B0B6VYD43H |
|---|---|---|---|---|
| 9 | CRUMPS | NA | B0C3M5LNPL | https://www.amazon.com/Transparent-Glitter-Kickstand-Rotation-Compatible/dp/B0C3M5LNPL |
| 10 | CZZZHONG | AA1F78UZY1241 | B08Z3VZPDN | https://www.amazon.com/Transparent-360%C2%B0Rotation-Kickstand-Compatible-2Silver/dp/B08Z3VZPDN |
| 11 | El Sonador | A1O7WXEGUMR7XH | B07ZYZQZR3 | https://www.amazon.com/Transparent-Phone-Ring-Stand-Holder/dp/B07ZYZQZR3 |
| 11 | El Sonador | A1O7WXEGUMR7XH | B08DHT8T2K | https://www.amazon.com/Transparent-Phone-Ring-Stand-Holder/dp/B08DHT8T2K |
| 11 | El Sonador | A1O7WXEGUMR7XH | B08H4YNFY8 | https://www.amazon.com/Transparent-Phone-Ring-Stand-Holder/dp/B08H4YNFY8 |
| 11 | El Sonador | A1O7WXEGUMR7XH | B09JBYYCN2 | https://www.amazon.com/Transparent-Phone-Ring-Stand-Holder/dp/B09JBYYCN2 |
| 11 | El Sonador | A1O7WXEGUMR7XH | B07ZZ2CRY2 | https://www.amazon.com/Transparent-Phone-Ring-Stand-Holder/dp/B07ZZ2CRY2 |
| 12 | Exoer | A1YVM1F8U97TKM | B07Y28C2YW | https://www.amazon.com/Holder-Transparent-Finger-Degree-Rotation/dp/B07Y28C2YW |
| 12 | Exoer | A1YVM1F8U97TKM | B07Y281M5K | https://www.amazon.com/Holder-Transparent-Finger-Degree-Rotation/dp/B07Y281M5K |
| 12 | Exoer | A1YVM1F8U97TKM | B07X7X7V2Z | https://www.amazon.com/Holder-Transparent-Finger-Degree-Rotation/dp/B07X7X7V2Z |
| 12 | Exoer | A1YVM1F8U97TKM | B07K2FN2LX | https://www.amazon.com/Holder-Transparent-Finger-Degree-Rotation/dp/B07K2FN2LX |
| 12 | Exoer | A1YVM1F8U97TKM | B0897XP2HF | https://www.amazon.com/Holder-Transparent-Finger-Degree-Rotation/dp/B0897XP2HF |

| 12 | Exoer | A1YVM1F8U97TKM | B07K2DRD3Y | https://www.amazon.com/Holder-Transparent-Finger-Degree-Rotation/dp/B07K2DRD3Y |
| 12 | Exoer | A1YVM1F8U97TKM | B081LVW96J | https://www.amazon.com/Holder-Transparent-Finger-Degree-Rotation/dp/B081LVW96J |
| 12 | Exoer | A1YVM1F8U97TKM | B07MY9KK1W | https://www.amazon.com/Holder-Transparent-Finger-Degree-Rotation/dp/B07MY9KK1W |
| 12 | Exoer | A1YVM1F8U97TKM | B08XQWC562 | https://www.amazon.com/Holder-Transparent-Finger-Degree-Rotation/dp/B08XQWC562 |
| 12 | Exoer | A1YVM1F8U97TKM | B08XQYQKSS | https://www.amazon.com/Transparent-Phone-Holder-Finger-Silver/dp/B08XQYQKSS |
| 12 | Exoer | A1YVM1F8U97TKM | B08XQX8CVK | https://www.amazon.com/Transparent-Phone-Holder-Finger-Silver/dp/B08XQX8CVK |
| 12 | Exoer | A1YVM1F8U97TKM | B08XQWS5B3 | https://www.amazon.com/Transparent-Phone-Holder-Finger-Silver/dp/B08XQWS5B3 |
| 12 | Exoer | A1YVM1F8U97TKM | B08XQYC3P8 | https://www.amazon.com/Transparent-Phone-Holder-Finger-Silver/dp/B08XQYC3P8 |
| 12 | Exoer | A1YVM1F8U97TKM | B08XQXTSSV | https://www.amazon.com/Transparent-Phone-Holder-Finger-Silver/dp/B08XQXTSSV |
| 12 | Exoer | A1YVM1F8U97TKM | B08XQWKP5G | https://www.amazon.com/Transparent-Phone-Holder-Finger-Silver/dp/B08XQWKP5G |
| 12 | Exoer | A1YVM1F8U97TKM | B08XQWT8Q9 | https://www.amazon.com/Transparent-Phone-Holder-Finger-Silver/dp/B08XQWT8Q9 |
| 13 | jcbufa1 | A3684KL4LUS8J9 | B08BCQ2N59 | https://www.amazon.com/Pack-Ring-Bracket-Kickstand-Smartphones-Pads-Mandala/dp/B08BCQ2N59 |
| 14 | JCHIEN® | A18EYKD58KD4ED | B0CCVVG1WK | https://www.amazon.com/Phone-Ring-Holder-Transparent-Smartphones/dp/B0CCVVG1WK |

| 14 | JCHIEN® | A18EYKD58KD4ED | B0CCVTKJVZ | https://www.amazon.com/Phone-Ring-Holder-Transparent-Smartphones/dp/B0CCVTKJVZ |
| 14 | JCHIEN® | A18EYKD58KD4ED | B0CCVSPM48 | https://www.amazon.com/Phone-Ring-Holder-Transparent-Smartphones/dp/B0CCVSPM48 |
| 14 | JCHIEN® | A18EYKD58KD4ED | B0CPXPFYGL | https://www.amazon.com/Phone-Ring-Holder-Transparent-Smartphones/dp/B0CPXPFYGL |
| 14 | JCHIEN® | A18EYKD58KD4ED | B097MFGTJW | https://www.amazon.com/Phone-Ring-Holder-Pack-Transparent/dp/B097MFGTJW |
| 15 | jiangBZ | A2QIQQD0ZEMORL | B0BHWH6SJF | https://www.amazon.com/cobee-Kickstand-Transparent-Smartphones-Round-Style/dp/B0BHWH6SJF |
| 16 | JIESUO | A28MIIPU8ETIF8 | B0C36P9TBX | https://www.amazon.com/Bewudy-Transparent-Kickstand-Rotation-Compatible/dp/B0C36P9TBX |
| 17 | JOYFISCO | A11APCSQYTKY8P | B0CS6CSS11 | https://www.amazon.com/JOYFISCO-Transparent-Kickstand-Rotation-Compatible/dp/B0CS6CSS11 |
| 18 | Junhai-US | A2M0H7XWIUR5JA | B0CV3HMS7S | https://www.amazon.com/Transparent-Cell-Phone-Holder-Colorful/dp/B0CV3HMS7S |
| 19 | Kinizuxi | AM1S7YPE00F7Q | B09LVJVHSY | https://www.amazon.com/Kinizuxi-Holder-Transparent-Kickstand-Rotation/dp/B09LVJVHSY |
| 19 | Kinizuxi | AM1S7YPE00F7Q | B09NXTTCWR | https://www.amazon.com/Kinizuxi-Holder-Transparent-Kickstand-Rotation/dp/B09NXTTCWR |
| 19 | Kinizuxi | AM1S7YPE00F7Q | B09LVLQVM9 | https://www.amazon.com/Kinizuxi-Kickstand-Universal-Rotation-Compatible/dp/B09LVLQVM9 |
| 19 | Kinizuxi | AM1S7YPE00F7Q | B09LVKY9KY | https://www.amazon.com/Kinizuxi-Kickstand-Universal- |

| | | | | Rotation-Compatible/dp/B09LVKY9KY |
|---|---|---|---|---|
| 19 | Kinizuxi | AM1S7YPE00F7Q | B09SWNB4DT | https://www.amazon.com/Kinizuxi-Kickstand-Universal-Rotation-Compatible/dp/B09SWNB4DT |
| 19 | Kinizuxi | AM1S7YPE00F7Q | B09SWKZXW8 | https://www.amazon.com/Kinizuxi-Kickstand-Universal-Rotation-Compatible/dp/B09SWKZXW8 |
| 19 | Kinizuxi | AM1S7YPE00F7Q | B09NLSC8PC | https://www.amazon.com/Kinizuxi-Kickstand-Universal-Rotation-Compatible/dp/B09NLSC8PC |
| 19 | Kinizuxi | AM1S7YPE00F7Q | B0B98ZV6DG | https://www.amazon.com/Kinizuxi-Transparent-Kickstand-Compatible-Smartphone/dp/B0B98ZV6DG |
| 19 | Kinizuxi | AM1S7YPE00F7Q | B09NXT7Z92 | https://www.amazon.com/Kinizuxi-Kickstand-Universal-Rotation-Compatible/dp/B09NXT7Z92 |
| 20 | KTWSQJ | A2PSLU9WF3STCK | B09Z2SQ23K | https://www.amazon.com/MOFIT-Transparent-360%C2%B0Rotation-Compatible-5TMZHK001/dp/B09Z2SQ23K |
| 21 | Kutuomamaoyi | A2IJ5JOZY1H62S | B0CDHFDKT9 | https://www.amazon.com/KutumyQC-Transparent-Kickstand-Compatible-Diamonds%EF%BC%884pcs/dp/B0CDHFDKT9 |
| 21 | Kutuomamaoyi | A2IJ5JOZY1H62S | B0CDH9KBQ1 | https://www.amazon.com/KutumyQC-Transparent-Kickstand-Compatible-Diamonds%EF%BC%884pcs/dp/B0CDH9KBQ1 |
| 21 | Kutuomamaoyi | A2IJ5JOZY1H62S | B0CDHH7S45 | https://www.amazon.com/KutumyQC-Transparent-Kickstand-Compatible- |

| | | | Diamonds%EF%BC%884pcs/dp/B0CDHH7S45 |
|---|---|---|---|
| 21 | Kutuomamaoyi | A2IJ5JOZY1H62S | B0CDHGJGR2 | https://www.amazon.com/KutumyQC-Transparent-Kickstand-Compatible-Diamonds%EF%BC%884pcs/dp/B0CDHGJGR2 |
| 21 | Kutuomamaoyi | A2IJ5JOZY1H62S | B0CDWX27D6 | https://www.amazon.com/KutumyQC-Transparent-Kickstand-Compatible-Diamonds%EF%BC%884pcs/dp/B0CDWX27D6 |
| 21 | Kutuomamaoyi | A2IJ5JOZY1H62S | B0CDHHH5CJ | https://www.amazon.com/KutumyQC-Transparent-Kickstand-Compatible-Diamonds%EF%BC%884pcs/dp/B0CDHHH5CJ |
| 21 | Kutuomamaoyi | A2IJ5JOZY1H62S | B0CLZPRJXK | https://www.amazon.com/KutumyQC-Transparent-Kickstand-Compatible-Diamonds%EF%BC%884pcs/dp/B0CLZPRJXK |
| 21 | Kutuomamaoyi | A2IJ5JOZY1H62S | B0CDHDH5D7 | https://www.amazon.com/KutumyQC-Transparent-Kickstand-Compatible-Diamonds%EF%BC%884pcs/dp/B0CDHDH5D7 |
| 21 | Kutuomamaoyi | A2IJ5JOZY1H62S | B0BV7D79B5 | https://www.amazon.com/KutumyQC-Adjustable-Kickstand-Smartphone-Accessories/dp/B0BV7D79B5 |
| 21 | Kutuomamaoyi | A2IJ5JOZY1H62S | B0CDX1BGD6 | https://www.amazon.com/KutumyQC-Transparent-Rotation-Kickstand-Compatible/dp/B0CDX1BGD6 |
| 21 | Kutuomamaoyi | A2IJ5JOZY1H62S | B0CT3VT2B9 | https://www.amazon.com/KutumyQC-Transparent-Diamond-360%C2%B0Rotation-Compatible/dp/B0CT3VT2B9 |
| 22 | Libosa | A19C2FETI3VE6E | B07GFNHSTS | https://www.amazon.com/Transparent-Rotation-Kickstand-Compatible-Various/dp/B07GFNHSTS |

| 22 | Libosa | A19C2FETI3VE6E | B09NTDH4J1 | https://www.amazon.com/Transparent-Holder-Compatible-iPhones-Andriod/dp/B09NTDH4J1 |
|----|--------|----------------|------------|-------------------------------------------------------------------------------------|
| 22 | Libosa | A19C2FETI3VE6E | B085S3JX49 | https://www.amazon.com/Transparent-Rotation-Kickstand-Compatible-Smartphones/dp/B085S3JX49 |
| 23 | Liige | A3G9WHZP8ZHKHP | B09WRPFXJF | https://www.amazon.com/Cobee-Kickstand-Transparent-Holders-Rotation/dp/B09WRPFXJF |
| 24 | Medsuo | AJF6OBR3HT2PR | B0CG43BZWG | https://www.amazon.com/Medsuo-Transparent-Kickstand-Rotation-Accessories/dp/B0CG43BZWG |
| 25 | Naiadiy | ASEINS9LHLFVR | B09QFSZWY3 | https://www.amazon.com/Naiadiy-Holder-Degree-Rotation-Transparent/dp/B09QFSZWY3 |
| 25 | Naiadiy | ASEINS9LHLFVR | B09QFPGMPG | https://www.amazon.com/Naiadiy-Holder-Degree-Rotation-Transparent/dp/B09QFPGMPG |
| 26 | nihao us | A2KHZJFZV9RIPG | B08LPNG8JH | https://www.amazon.com/Transparent-Phone-Ring-Stand-Holder/dp/B08LPNG8JH |
| 26 | nihao us | A2KHZJFZV9RIPG | B09JBXXLXB | https://www.amazon.com/Transparent-Phone-Ring-Stand-Holder/dp/B09JBXXLXB |
| 26 | nihao us | A2KHZJFZV9RIPG | B0B6PB32R7 | https://www.amazon.com/Transparent-Phone-Ring-Stand-Holder/dp/B0B6PB32R7 |
| 27 | NLQHOPTS | AYEV1Y6W9UPE2 | B09Y9FPGRQ | https://www.amazon.com/Transparent-Rotation-Kickstand-Compatible-Smartphones/dp/B09Y9FPGRQ |
| 27 | NLQHOPTS | AYEV1Y6W9UPE2 | B0BKJTWRYV | https://www.amazon.com/NLQHOPTS-Transparent-Kickstands-Compatible-Smartphones/dp/B0BKJTWRYV |
| 27 | NLQHOPTS | AYEV1Y6W9UPE2 | B0BKKFL26C | https://www.amazon.com/NLQHOPTS-Transparent- |

10

| | | | | Kickstands-Compatible-Smartphones/dp/B0BKKFL26C |
|---|---|---|---|---|
| 28 | sanshi electronics | A2B1UAJ8DGO2XP | B07VRRBMND | https://www.amazon.com/Transparent-Circular-Holder-Kickstand-Finger/dp/B07VRRBMND |
| 28 | sanshi electronics | A2B1UAJ8DGO2XP | B085BKYKLR | https://www.amazon.com/lenoup-Transparent-Kickstand-Sparkle-Diamond/dp/B085BKYKLR |
| 28 | sanshi electronics | A2B1UAJ8DGO2XP | B085BKYVZ6 | https://www.amazon.com/lenoup-Transparent-Kickstand-Sparkle-Diamond/dp/B085BKYVZ6 |
| 29 | Silitraw | A1XLAJ1KW8ITIV | B0834K5QGS | https://www.amazon.com/Silitraw-Transparent-360%C2%B0Rotation-Kickstand-Compatible/dp/B0834K5QGS |
| 29 | Silitraw | A1XLAJ1KW8ITIV | B08XY2D245 | https://www.amazon.com/Silitraw-Transparent-360%C2%B0Rotation-Kickstand-Compatible/dp/B08XY2D245 |
| 29 | Silitraw | A1XLAJ1KW8ITIV | B0CJWH8RB6 | https://www.amazon.com/Silitraw-Transparent-360%C2%B0Rotation-Kickstand-Compatible/dp/B0CJWH8RB6 |
| 29 | Silitraw | A1XLAJ1KW8ITIV | B0CCLF3QH1 | https://www.amazon.com/Silitraw-Transparent-360%C2%B0Rotation-Kickstand-Compatible/dp/B0CCLF3QH1 |
| 29 | Silitraw | A1XLAJ1KW8ITIV | B08MCZRWR9 | https://www.amazon.com/Silitraw-Transparent-360%C2%B0Rotation-Kickstand-Compatible/dp/B08MCZRWR9 |
| 29 | Silitraw | A1XLAJ1KW8ITIV | B08MCZF4ZB | https://www.amazon.com/Silitraw-Transparent-360%C2%B0Rotation-Kickstand-Compatible/dp/B08MCZF4ZB |

| 29 | Silitraw | A1XLAJ1KW8ITIV | B0BG1261RC | https://www.amazon.com/Holder-Transparent-360%C2%B0Rotation-Kickstand-Compatible/dp/B0BG1261RC |
| 29 | Silitraw | A1XLAJ1KW8ITIV | B08ZLSGTWV | https://www.amazon.com/Transparent-Phone-Ring-Holder-Universal/dp/B08ZLSGTWV |
| 29 | Silitraw | A1XLAJ1KW8ITIV | B08ZLRT1LD | https://www.amazon.com/Transparent-Phone-Ring-Holder-Universal/dp/B08ZLRT1LD |
| 29 | Silitraw | A1XLAJ1KW8ITIV | B08ZLQ33M8 | https://www.amazon.com/Transparent-Phone-Ring-Holder-Universal/dp/B08ZLQ33M8 |
| 30 | TACOMEGE | A1JFOLICYJ74OV | B08RWMLN9D | https://www.amazon.com/TACOMEGE-Transparent-Holder-Finger-Round-Clear/dp/B08RWMLN9D |
| 30 | TACOMEGE | A1JFOLICYJ74OV | B0BNM96ZRN | https://www.amazon.com/TACOMEGE-Transparent-Holder-Finger-Round-Clear/dp/B0BNM96ZRN |
| 30 | TACOMEGE | A1JFOLICYJ74OV | B0BNM9F8KN | https://www.amazon.com/TACOMEGE-Transparent-Holder-Finger-Round-Clear/dp/B0BNM9F8KN |
| 30 | TACOMEGE | A1JFOLICYJ74OV | B0BZQ3BVJ3 | https://www.amazon.com/TACOMEGE-Transparent-Kickstand-Accessories-GD/dp/B0BZQ3BVJ3 |
| 30 | TACOMEGE | A1JFOLICYJ74OV | B0CJ96B9DP | https://www.amazon.com/TACOMEGE-Transparent-Kickstand-Accessories-GD/dp/B0CJ96B9DP |
| 30 | TACOMEGE | A1JFOLICYJ74OV | B0BZPWH8BB | https://www.amazon.com/TACOMEGE-Transparent-Kickstand-Accessories-GD/dp/B0BZPWH8BB |
| 30 | TACOMEGE | A1JFOLICYJ74OV | B08Y72CDF4 | https://www.amazon.com/TACOMEGE-Transparent-Holder-Finger-Crystal-Round/dp/B08Y72CDF4 |
| 30 | TACOMEGE | A1JFOLICYJ74OV | B0987TKSB1 | https://www.amazon.com/TACOMEGE-Transparent-Samsung-SiliconTab-Smartphone/dp/B0987TKSB1 |

| 30 | TACOMEGE | A1JFOLICYJ74OV | B0BZQ1D5KJ | https://www.amazon.com/TACOMEGE-Compatible-Smartphone-PK-FL/dp/B0BZQ1D5KJ |
| 30 | TACOMEGE | A1JFOLICYJ74OV | B0CKJBSTPX | https://www.amazon.com/TACOMEGE-Samsung-Transparent-Smartphones-5-Crystal/dp/B0CKJBSTPX |
| 30 | TACOMEGE | A1JFOLICYJ74OV | B0CLP52JH2 | https://www.amazon.com/Individual-Item-Clear-Phone-Siver/dp/B0CLP52JH2 |
| 31 | Trust you | A1PD8TYPM35NCJ | B0CFFKM9J8 | https://www.amazon.com/WLLHYF-Transparent-Kickstand-Rotation-Accessories/dp/B0CFFKM9J8 |
| 31 | Trust you | A1PD8TYPM35NCJ | B0CN2YK971 | https://www.amazon.com/WLLHYF-Transparent-Kickstand-Rotation-Accessories/dp/B0CN2YK971 |
| 31 | Trust you | A1PD8TYPM35NCJ | B0CN2BW5BF | https://www.amazon.com/WLLHYF-Transparent-Kickstand-Rotation-Accessories/dp/B0CN2BW5BF |
| 31 | Trust you | A1PD8TYPM35NCJ | B0CFFHPQWR | https://www.amazon.com/WLLHYF-Transparent-Kickstand-Rotation-Accessories/dp/B0CFFHPQWR |
| 31 | Trust you | A1PD8TYPM35NCJ | B0CJ6TG1F5 | https://www.amazon.com/WLLHYF-Rhinestone-Transparent-Finger-Kickstand/dp/B0CJ6TG1F5 |
| 31 | Trust you | A1PD8TYPM35NCJ | B0CDL9Z2YJ | https://www.amazon.com/WLLHYF-Transparent-Rotation-Kickstand-Compatible/dp/B0CDL9Z2YJ |
| 31 | Trust you | A1PD8TYPM35NCJ | B0CNQ1G9PQ | https://www.amazon.com/WLLHYF-Phone-Ring-Holder-Transparent/dp/B0CNQ1G9PQ |
| 31 | Trust you | A1PD8TYPM35NCJ | B0C69JTST3 | https://www.amazon.com/WLLHYF-Phone-Ring-Grips-360%C2%B0Rotation/dp/B0C69JTST3 |

| 32 | Vesmatity Stores | A1B6XFHMIOTDFG | B095SDZTKF | https://www.amazon.com/Vesmatity-Transparent-Universal-Kickstand-Compatible/dp/B095SDZTKF |
| 32 | Vesmatity Stores | A1B6XFHMIOTDFG | B08M3BPKKX | https://www.amazon.com/Vesmatity-Transparent-Universal-Kickstand-Compatible/dp/B08M3BPKKX |
| 33 | VOVIGGOL | A2FT5U4QQQTWRN | B0BNXS7Z22 | https://www.amazon.com/VOVIGGOL-Transparent-Holder-Rotation-Kickstand/dp/B0BNXS7Z22 |
| 33 | VOVIGGOL | A2FT5U4QQQTWRN | B09639LNM2 | https://www.amazon.com/VOVIGGOL-Transparent-Kickstand-Compatible-Cellphone/dp/B09639LNM2 |
| 33 | VOVIGGOL | A2FT5U4QQQTWRN | B0963LPP2Q | https://www.amazon.com/VOVIGGOL-Transparent-Kickstand-Compatible-Cellphone/dp/B0963LPP2Q |
| 33 | VOVIGGOL | A2FT5U4QQQTWRN | B09GMH4ZW1 | https://www.amazon.com/VOVIGGOL-Transparent-Kickstand-Compatible-Cellphone/dp/B09GMH4ZW1 |
| 33 | VOVIGGOL | A2FT5U4QQQTWRN | B09C1XYLC1 | https://www.amazon.com/VOVIGGOL-Kickstand-360%C2%B0Degree-Compatible-Cellphone/dp/B09C1XYLC1 |
| 33 | VOVIGGOL | A2FT5U4QQQTWRN | B09GMBWPQD | https://www.amazon.com/VOVIGGOL-Kickstand-360%C2%B0Degree-Compatible-Cellphone/dp/B09GMBWPQD |
| 33 | VOVIGGOL | A2FT5U4QQQTWRN | B09LTYYHTH | https://www.amazon.com/VOVIGGOL-Kickstand-360%C2%B0Degree-Compatible-Cellphone/dp/B09LTYYHTH |
| 34 | Wayne Technology | A1MSDPXXX082EM | B07GLS888JW | https://www.amazon.com/Cellstand-Kickstand-Rotation-Samsung-Smartphones/dp/B07GLS88JW |

| 35 | Wen XinRong | A2VQOMAX KQRS4B | B08DJ95 W1M | https://www.amazon.com/Wen -XinRong-Transparent- 360%C2%B0Rotation- Compatible/dp/B08DJ95W1M |
| 36 | xiamenshihuliqusupei hongjiangcaidian | A16B1NXHN 925VF | B08YTFX D8Q | https://www.amazon.com/Tran sparent-Rotation-Kickstand- Compatible- iPhones/dp/B08YTFXD8Q |
| 37 | xiaolongliangshipu | A142QVADA BL7ZJ | B09NC61 HS5 | https://www.amazon.com/Tran sparent-Holder-Finger- Compatible- B2/dp/B09NC61HS5 |
| 38 | YINHEXI US | A2JNF7HWY KOEVB | B08HN87 GQJ | https://www.amazon.com/Tran sparent-Holder-Finger- Rotation-Diamond- 3/dp/B08HN87GQJ |
| 38 | YINHEXI US | A2JNF7HWY KOEVB | B08LN91 WS9 | https://www.amazon.com/Tran sparent-Holder-Finger- Rotation-Diamond- 3/dp/B08LN91WS9 |
| 38 | YINHEXI US | A2JNF7HWY KOEVB | B0BVDN KFTR | https://www.amazon.com/YIN HEXI-Transparent-Holder- Finger- Rotation/dp/B0BVDNKFTR |
| 39 | Yueyu | A23VWCWH 3X3YHE | B0C5N1Z DYG | https://www.amazon.com/Sibb a-Accessories-Kickstand- Attachment- Smartphone/dp/B0C5N1ZDY G |
| 39 | Yueyu | A23VWCWH 3X3YHE | B0CMZT FCHB | https://www.amazon.com/Sibb a-Accessories-Kickstand- Attachment- Smartphone/dp/B0CMZTFCH B |
| 39 | Yueyu | A23VWCWH 3X3YHE | B0CMZQ 4WWR | https://www.amazon.com/Sibb a-Accessories-Kickstand- Attachment- Smartphone/dp/B0CMZQ4W WR |
| 40 | zaoqu | A2HO4DOIT GIS3B | B0CN6V1 1MG | https://www.amazon.com/Dia mond-Holder-Transparent- 360%C2%B0Rotation- Compatible/dp/B0CN6V11M G |
| 41 | ZOEAST | A1QXSSWQ K5W30L | B07JKW8 PZ5 | https://www.amazon.com/ZO EAST-Transparent-Universal- |

| | | | | |
|---|---|---|---|---|
| | | | | Adjustable-Compatible/dp/B07JKW8PZ5 |
| 42 | afair | 20051335 | 673805665 | https://www.dhgate.com/product/clear-crystal-finger-ring-grip-holders-stents/673805665.html |
| 42 | afair | 20051335 | 673827978 | https://www.dhgate.com/product/clear-crystal-finger-ring-grip-holders-stents/673827978.html |
| 42 | afair | 20051335 | 673825402 | https://www.dhgate.com/product/clear-crystal-finger-ring-grip-holders-stents/673825402.html |
| 43 | baofu010 | 21770691 | 882136977 | https://www.dhgate.com/product/mobile-phone-ring-holder-telephone-cellular/882136977.html |
| 43 | baofu010 | 21770691 | 882116260 | https://www.dhgate.com/product/diamond-cell-phone-ring-holder-stand-transparent/882116260.html |
| 43 | baofu010 | 21770691 | 882116649 | https://www.dhgate.com/product/clear-cat-finger-ring-mobile-phone-stand/882116649.html |
| 43 | baofu010 | 21770691 | 882116328 | https://www.dhgate.com/product/universal-mobile-phone-holder-stand-finger/882116328.html |
| 43 | baofu010 | 21770691 | 887434789 | https://www.dhgate.com/product/mobile-phone-finger-ring-holder-360-cellular/887434789.html |
| 43 | baofu010 | 21770691 | 882137507 | https://www.dhgate.com/product/mobile-phone-finger-ring-holder-360-cellular/882137507.html |
| 44 | Beautiful666 | 20261679 | 920550834 | https://www.dhgate.com/product/transparent-cell-phone-ring-holder-stand/920550834.html |
| 45 | bonjournihao2019 | 21215614 | 467950394 | https://www.dhgate.com/product/clear-finger-ring-grip-holders-stents-transparent/467950394.html |

| 46 | boyuancase | 21612066 | 81155715 1 | https://www.dhgate.com/product/transparent-clear-ring-bracket-cell-phone/811557151.html |
| 47 | Brandfashionstore005 | 21933776 | 92161221 2 | https://www.dhgate.com/product/clear-finger-ring-grips-holders-and-mounts/921612212.html |
| 48 | Enjoy Purchase | 14773999 | 72437052 7 | https://www.dhgate.com/product/clear-crystal-finger-ring-grip-holders-stents/724370527.html |
| 49 | FanBei Packaging Trade Co Ltd | 20428938 | 80042966 0 | https://www.dhgate.com/product/cute-phone-grip-holders-clear-finger-ring/800429660.html |
| 50 | fy987123 | 17459051 | 90419468 7 | https://www.dhgate.com/product/cell-phone-ring-holder-stand-transparent/904194687.html |
| 50 | fy987123 | 17459051 | 90149630 2 | https://www.dhgate.com/product/clear-crystal-finger-ring-holder-cell-phones/901496302.html |
| 51 | fyautoper | 21703499 | 86161140 6 | https://www.dhgate.com/product/colorful-transparent-cell-phone-ring-holder/861611406.html |
| 52 | gduc | 21819654 | 93549209 1 | https://www.dhgate.com/product/transparent-clear-ring-bracket-cell-phone/935492091.html |
| 53 | iptvjoys | 21840083 | 81072784 5 | https://www.dhgate.com/product/transparent-crystal-mobile-clasp-metal-ring/810727845.html |
| 54 | lululuxury | 21868597 | 84461085 4 | https://www.dhgate.com/product/for-mobile-phone-holder-ring-holder-transparent/844610854.html |
| 55 | Memorysky International Trade Company | 14497590 | 82569639 1 | https://www.dhgate.com/product/cell-phone-holders-mounts-holders-magnetic/825696391.html |

| 55 | Memorysky International Trade Company | 14497590 | 825696774 | https://www.dhgate.com/product/cell-phone-holders-mounts-holders-magnetic/825696774.html |
| 55 | Memorysky International Trade Company | 14497590 | 825695693 | https://www.dhgate.com/product/cell-phone-holders-mounts-holders-magnetic/825695693.html |
| 56 | olife | 19963268 | 674207897 | https://www.dhgate.com/product/2021-universal-cell-phone-holder-clear-crystal/674207897.html |
| 56 | olife | 19963268 | 674210824 | https://www.dhgate.com/product/universal-cell-phone-holder-clear-crystal/674210824.html |
| 56 | olife | 19963268 | 674205314 | https://www.dhgate.com/product/universal-cell-phone-holder-clear-crystal/674205314.html |
| 57 | rhtg | 21819594 | 940272591 | https://www.dhgate.com/product/clear-crystal-finger-ring-holder-cell-phones/940272591.html |
| 58 | v6qp | 21800650 | 940286646 | https://www.dhgate.com/product/clear-crystal-finger-ring-grip-holders-stents/940286646.html |
| 59 | w66i | 21819706 | 940282882 | https://www.dhgate.com/product/clear-crystal-finger-ring-grip-holders-stents/940282882.html |
| 60 | Winlink Electronics and Accessories | 20489597 | 681733541 | https://www.dhgate.com/product/clear-crystal-finger-ring-holder-cell-phones/681733541.html |
| 60 | Winlink Electronics and Accessories | 20489597 | 745233658 | https://www.dhgate.com/product/cell-phone-ring-holder-stand-transparent/745233658.html |
| 61 | wyiu | 21818311 | 936018167 | https://www.dhgate.com/product/clear-crystal-finger-ring-grip-holders-stents/936018167.html |
| 62 | ykd_dhgate_factory | 21588261 | 751584691 | https://www.dhgate.com/product/finger-ring-mobile-phone-smartphone-stand/751584691.html |

| 62 | ykd_dhgate_factory | 21588261 | 751271305 | https://www.dhgate.com/product/mobile-phone-ring-holder-telephone-cellular/751271305.html |
| 62 | ykd_dhgate_factory | 21588261 | 751530909 | https://www.dhgate.com/product/diamond-cell-phone-ring-holder-stand-transparent/751530909.html |
| 62 | ykd_dhgate_factory | 21588261 | 751457357 | https://www.dhgate.com/product/universal-transparent-finger-ring-mobile/751457357.html |
| 63 | ywknight | 21716833 | 730331365 | https://www.dhgate.com/product/360-degree-finger-ring-smartphone-stand-holders/730331365.html |
| 63 | ywknight | 21716833 | 730332095 | https://www.dhgate.com/product/360-degree-finger-ring-smartphone-stand-holders/730332095.html |
| 64 | abkr-77 | abkr-77 | 315126281778 | https://www.ebay.com/itm/315126281778 |
| 65 | againshopping | againshopping | 395095255915 | https://www.ebay.com/itm/395095255915 |
| 66 | alex_store445 | alexstore445 | 404617048983 | https://www.ebay.com/itm/404617048983 |
| 67 | alik_store3 | alikstore3 | 375063130095 | https://www.ebay.com/itm/375063130095 |
| 67 | alik_store3 | alikstore3 | 375095957567 | https://www.ebay.com/itm/375095957567 |
| 68 | angsha-8571 | angsha8571 | 235249874701 | https://www.ebay.com/itm/235249874701 |
| 68 | angsha-8571 | angsha8571 | 335066604034 | https://www.ebay.com/itm/335066604034 |
| 68 | angsha-8571 | angsha8571 | 235249872462 | https://www.ebay.com/itm/235249872462 |
| 68 | angsha-8571 | angsha8571 | 235250758730 | https://www.ebay.com/itm/235250758730 |
| 69 | asap09ban | asap09ban | 355458270018 | https://www.ebay.com/itm/355458270018 |
| 70 | smclofl0/astonishingHauz | astonishinghauz | 225961130728 | https://www.ebay.com/itm/225961130728 |

| 71 | beautiful.home201 | beautifulhome201 | 354849537694 | https://www.ebay.com/itm/354849537694 |
| 72 | best-walking2 | bestwalking2 | 404758517782 | https://www.ebay.com/itm/404758517782 |
| 72 | best-walking2 | bestwalking2 | 404770468246 | https://www.ebay.com/itm/404770468246 |
| 73 | Breezsisan | breezsisan | 195292992007 | https://www.ebay.com/itm/195292992007 |
| 74 | buonshopping | buonshopping | 394294901450 | https://www.ebay.com/itm/394294901450 |
| 74 | buonshopping | buonshopping | 354343390476 | https://www.ebay.com/itm/354343390476 |
| 74 | buonshopping | buonshopping | 394295853355 | https://www.ebay.com/itm/394295853355 |
| 74 | buonshopping | buonshopping | 394294901474 | https://www.ebay.com/itm/394294901474 |
| 74 | buonshopping | buonshopping | 394294904449 | https://www.ebay.com/itm/394294904449 |
| 74 | buonshopping | buonshopping | 354343390616 | https://www.ebay.com/itm/354343390616 |
| 74 | buonshopping | buonshopping | 394295853385 | https://www.ebay.com/itm/394295853385 |
| 74 | buonshopping | buonshopping | 394294904437 | https://www.ebay.com/itm/394294904437 |
| 74 | buonshopping | buonshopping | 354343392141 | https://www.ebay.com/itm/354343392141 |
| 74 | buonshopping | buonshopping | 394294899832 | https://www.ebay.com/itm/394294899832 |
| 75 | candy.bean | candybean | 375030669133 | https://www.ebay.com/itm/375030669133 |
| 77 | Costcocity003 | costcocity003 | 304667436666 | https://www.ebay.com/itm/304667436666 |
| 77 | Costcocity003 | costcocity003 | 304667438086 | https://www.ebay.com/itm/304667438086 |
| 77 | Costcocity003 | costcocity003 | 304668216634 | https://www.ebay.com/itm/304668216634 |
| 77 | Costcocity003 | costcocity003 | 255784129168 | https://www.ebay.com/itm/255784129168 |
| 77 | Costcocity003 | costcocity003 | 255784130278 | https://www.ebay.com/itm/255784130278 |

| 77 | Costcocity003 | costcocity003 | 304668216639 | https://www.ebay.com/itm/304668216639 |
|----|---------------|---------------|--------------|----------------------------------------|
| 77 | Costcocity003 | costcocity003 | 255784130532 | https://www.ebay.com/itm/255784130532 |
| 78 | Crazy Budget LLC | crazybudgetllc | 276297745987 | https://www.ebay.com/itm/276297745987 |
| 79 | dainiusshop | dainiusshop | 235230184640 | https://www.ebay.com/itm/235230184640 |
| 80 | dbxuhy_32 | dbxuhy32 | 204327177604 | https://www.ebay.com/itm/204327177604 |
| 80 | dbxuhy_32 | dbxuhy32 | 204327164623 | https://www.ebay.com/itm/204327164623 |
| 80 | dbxuhy_32 | dbxuhy32 | 204327156420 | https://www.ebay.com/itm/204327156420 |
| 81 | Domoarma | domoarma | 364058203533 | https://www.ebay.com/itm/364058203533 |
| 82 | DOODOODS | doodoods | 134230627340 | https://www.ebay.com/itm/134230627340 |
| 82 | DOODOODS | doodoods | 134230632468 | https://www.ebay.com/itm/134230632468 |
| 82 | DOODOODS | doodoods | 134230621290 | https://www.ebay.com/itm/134230621290 |
| 82 | DOODOODS | doodoods | 134230634949 | https://www.ebay.com/itm/134230634949 |
| 82 | DOODOODS | doodoods | 134230621326 | https://www.ebay.com/itm/134230621326 |
| 82 | DOODOODS | doodoods | 134230632990 | https://www.ebay.com/itm/134230632990 |
| 82 | DOODOODS | doodoods | 134230621076 | https://www.ebay.com/itm/134230621076 |
| 82 | DOODOODS | doodoods | 134230620116 | https://www.ebay.com/itm/134230620116 |
| 82 | DOODOODS | doodoods | 134230620070 | https://www.ebay.com/itm/134230620070 |
| 82 | DOODOODS | doodoods | 134230621348 | https://www.ebay.com/itm/134230621348 |
| 82 | DOODOODS | doodoods | 134230640326 | https://www.ebay.com/itm/134230640326 |
| 82 | DOODOODS | doodoods | 134230619342 | https://www.ebay.com/itm/134230619342 |

| 82 | DOODOODS | doodoods | 134230619366 | https://www.ebay.com/itm/134230619366 |
|----|----------|----------|--------------|----------------------------------------|
| 82 | DOODOODS | doodoods | 134230619553 | https://www.ebay.com/itm/134230619553 |
| 82 | DOODOODS | doodoods | 134230619244 | https://www.ebay.com/itm/134230619244 |
| 82 | DOODOODS | doodoods | 134230633084 | https://www.ebay.com/itm/134230633084 |
| 82 | DOODOODS | doodoods | 134230632739 | https://www.ebay.com/itm/134230632739 |
| 83 | dowding electronics | dowdingelectronics | 355430925952 | https://www.ebay.com/itm/355430925952 |
| 84 | EasyBargainFinds | easybargainfinds | 186279021262 | https://www.ebay.com/itm/186279021262 |
| 85 | eveningstore_f | eveningstoref | 315136043048 | https://www.ebay.com/itm/315136043048 |
| 85 | eveningstore_f | eveningstoref | 315004010452 | https://www.ebay.com/itm/315004010452 |
| 86 | ferndela19 | ferndela19 | 285686330314 | https://www.ebay.com/itm/285686330314 |
| 87 | fkinvest1-bus | fkinvest1-bus | 355441305932 | https://www.ebay.com/itm/355441305932 |
| 88 | flippyretail | flippyretail | 386623920383 | https://www.ebay.com/itm/386623920383 |
| 89 | flowersuring7 | flowersuring7 | 355390572018 | https://www.ebay.com/itm/355390572018 |
| 90 | flyone-6 | flyone6 | 314821553914 | https://www.ebay.com/itm/314821553914 |
| 91 | gavrie-57/GabisDiscountedStore | gabisdiscountedstore | 364683011254 | https://www.ebay.com/itm/364683011254 |
| 92 | go-9964 | go-9964 | 404751968636 | https://www.ebay.com/itm/404751968636 |
| 93 | goodf77 | goodf77 | 175525442688 | https://www.ebay.com/itm/175525442688 |
| 94 | gouliang | gouliang | 394816931160 | https://www.ebay.com/itm/394816931160 |
| 94 | gouliang | gouliang | 394816951375 | https://www.ebay.com/itm/394816951375 |

| 94 | gouliang | gouliang | 394816930995 | https://www.ebay.com/itm/394816930995 |
| 95 | Grand Global Goods | poshparade | 186246707244 | https://www.ebay.com/itm/186246707244 |
| 96 | ha-smile-5 | hasmile5 | 126302261977 | https://www.ebay.com/itm/126302261977 |
| 97 | idit77 | idit77 | 335219278142 | https://www.ebay.com/itm/335219278142 |
| 98 | ivillage | ivillage | 386102043212 | https://www.ebay.com/itm/386102043212 |
| 99 | jiji_497 | jiji497 | 145577709585 | https://www.ebay.com/itm/145577709585 |
| 99 | jiji_497 | jiji497 | 145577711501 | https://www.ebay.com/itm/145577711501 |
| 99 | jiji_497 | jiji497 | 145581349084 | https://www.ebay.com/itm/145581349084 |
| 100 | jingyo-49 | jingyo49 | 296147399938 | https://www.ebay.com/itm/296147399938 |
| 100 | jingyo-49 | jingyo49 | 295519111977 | https://www.ebay.com/itm/295519111977 |
| 101 | Jose Top Shop | josetopshop | 145347597942 | https://www.ebay.com/itm/145347597942 |
| 101 | Jose Top Shop | josetopshop | 145347582994 | https://www.ebay.com/itm/145347582994 |
| 101 | Jose Top Shop | josetopshop | 145347584377 | https://www.ebay.com/itm/145347584377 |
| 101 | Jose Top Shop | josetopshop | 145347587518 | https://www.ebay.com/itm/145347587518 |
| 101 | Jose Top Shop | josetopshop | 145347599299 | https://www.ebay.com/itm/145347599299 |
| 102 | kaiji_store | kaijistore | 185838902325 | https://www.ebay.com/itm/185838902325 |
| 103 | kaparon | kaparon | 185453934896 | https://www.ebay.com/itm/185453934896 |
| 104 | kenzhai_73 | kenzhai73 | 355032613683 | https://www.ebay.com/itm/355032613683 |
| 104 | kenzhai_73 | kenzhai73 | 355028901675 | https://www.ebay.com/itm/355028901675 |
| 105 | kwykd6-65 | kwykd6-65 | 375207992642 | https://www.ebay.com/itm/375207992642 |

| 105 | kwykd6-65 | kwykd6-65 | 37520798 6286 | https://www.ebay.com/itm/375 207986286 |
| 105 | kwykd6-65 | kwykd6-65 | 37520798 4500 | https://www.ebay.com/itm/375 207984500 |
| 106 | leolinshop | leolinshop | 15578888 9313 | https://www.ebay.com/itm/155 788889313 |
| 107 | LEVAVLY | levavly | 28551936 4973 | https://www.ebay.com/itm/285 519364973 |
| 108 | lianqinh-32 | lianqinh32 | 38632204 6457 | https://www.ebay.com/itm/386 322046457 |
| 108 | lianqinh-32 | lianqinh32 | 38632205 6913 | https://www.ebay.com/itm/386 322056913 |
| 108 | lianqinh-32 | lianqinh32 | 38628454 4735 | https://www.ebay.com/itm/386 284544735 |
| 109 | lu.mountain | lumountain | 37485064 8062 | https://www.ebay.com/itm/374 850648062 |
| 110 | luod365 | luod365 | 29550731 6490 | https://www.ebay.com/itm/295 507316490 |
| 110 | luod365 | luod365 | 29609681 3494 | https://www.ebay.com/itm/296 096813494 |
| 110 | luod365 | luod365 | 29550731 4135 | https://www.ebay.com/itm/295 507314135 |
| 111 | madzik122 | madzik122 | 37514875 7058 | https://www.ebay.com/itm/375 148757058 |
| 112 | mogan.mountain | mogan.mount ain | 23526648 3674 | https://www.ebay.com/itm/235 266483674 |
| 113 | more2565 | more2565 | 11506362 6444 | https://www.ebay.com/itm/115 063626444 |
| 114 | moses_6454 | moses_6454 | 39518407 3630 | https://www.ebay.com/itm/395 184073630 |
| 115 | muou_e | muoue | 33519295 4652 | https://www.ebay.com/itm/335 192954652 |
| 116 | nailuxshop | nailuxshop | 13488492 3040 | https://www.ebay.com/itm/134 884923040 |
| 117 | Necesssary | semanticsearc hltd | 26577034 8103 | https://www.ebay.com/itm/265 770348103 |
| 117 | Necesssary | semanticsearc hltd | 26569802 4047 | https://www.ebay.com/itm/265 698024047 |
| 118 | oqrzj_36 | oqrzj36 | 38611709 1473 | https://www.ebay.com/itm/386 117091473 |

| 118 | oqrzj_36 | oqrzj36 | 3861170 8 9511 | https://www.ebay.com/itm/386 117089511 |
| 118 | oqrzj_36 | oqrzj36 | 3861170 6 8251 | https://www.ebay.com/itm/386 117068251 |
| 119 | PanaratchShop | panaratchshop | 3946746 1 9941 | https://www.ebay.com/itm/394 674619941 |
| 120 | phonestore159 | phonestore159 | 1262174 5 4232 | https://www.ebay.com/itm/126 217454232 |
| 121 | Pink-Cab | pinkcab | 1665774 5 8700 | https://www.ebay.com/itm/166 577458700 |
| 121 | Pink-Cab | pinkcab | 1665773 4 2245 | https://www.ebay.com/itm/166 577342245 |
| 121 | Pink-Cab | pinkcab | 1665773 5 2119 | https://www.ebay.com/itm/166 577352119 |
| 121 | Pink-Cab | pinkcab | 1665773 4 1769 | https://www.ebay.com/itm/166 577341769 |
| 122 | MatricShop/Pracha Shop | prachashop | 3946643 6 6869 | https://www.ebay.com/itm/394 664366869 |
| 124 | puwsutas0 | puwsutas0 | 4044003 5 1866 | https://www.ebay.com/itm/404 400351866 |
| 124 | puwsutas0 | puwsutas0 | 4043785 7 5667 | https://www.ebay.com/itm/404 378575667 |
| 124 | puwsutas0 | puwsutas0 | 4043964 0 4898 | https://www.ebay.com/itm/404 396404898 |
| 125 | quanyu-25 | quanyu25 | 2348105 7 8104 | https://www.ebay.com/itm/234 810578104 |
| 125 | quanyu-25 | quanyu25 | 2348105 7 7880 | https://www.ebay.com/itm/234 810577880 |
| 125 | quanyu-25 | quanyu25 | 2348187 1 2059 | https://www.ebay.com/itm/234 818712059 |
| 126 | rivan-b | rivanb | 1554033 3 8253 | https://www.ebay.com/itm/155 403338253 |
| 126 | rivan-b | rivanb | 1554033 4 2871 | https://www.ebay.com/itm/155 403342871 |
| 126 | rivan-b | rivanb | 1554033 4 3430 | https://www.ebay.com/itm/155 403343430 |
| 126 | rivan-b | rivanb | 1557552 1 2075 | https://www.ebay.com/itm/155 755212075 |
| 126 | rivan-b | rivanb | 1557552 0 2938 | https://www.ebay.com/itm/155 755202938 |

| 127 | sagdana-0 | sagdana-0 | 384518544464 | https://www.ebay.com/itm/384518544464 |
| 128 | shauln97 | shauln97 | 355381532213 | https://www.ebay.com/itm/355381532213 |
| 128 | shauln97 | shauln97 | 355381529948 | https://www.ebay.com/itm/355381529948 |
| 129 | shido3059 | shido3059 | 364617097369 | https://www.ebay.com/itm/364617097369 |
| 129 | shido3059 | shido3059 | 364616971419 | https://www.ebay.com/itm/364616971419 |
| 129 | shido3059 | shido3059 | 364617088201 | https://www.ebay.com/itm/364617088201 |
| 130 | shop-until-u-drop | shop-until-u-drop | 145608625874 | https://www.ebay.com/itm/145608625874 |
| 131 | sonia art studio | soniaartstudio | 195958685255 | https://www.ebay.com/itm/195958685255 |
| 133 | tamir_shop332 | tamirshop332 | 204419184925 | https://www.ebay.com/itm/204419184925 |
| 134 | this*is*a*lucky*store | thisisaluckystore | 144589795703 | https://www.ebay.com/itm/144589795703 |
| 135 | tianzhu.mountain | tianzhumountain | 355249065810 | https://www.ebay.com/itm/355249065810 |
| 135 | tianzhu.mountain | tianzhumountain | 355257304269 | https://www.ebay.com/itm/355257304269 |
| 136 | Tinx_Kithings Shop | tinxkithings | 184857186583 | https://www.ebay.com/itm/184857186583 |
| 136 | Tinx_Kithings Shop | tinxkithings | 184857187119 | https://www.ebay.com/itm/184857187119 |
| 137 | tom_store1231 | tomstore1231 | 166184140773 | https://www.ebay.com/itm/166184140773 |
| 138 | TreasuredByUs | treasuredbyus | 314941548043 | https://www.ebay.com/itm/314941548043 |
| 138 | TreasuredByUs | treasuredbyus | 314941549226 | https://www.ebay.com/itm/314941549226 |
| 139 | trendyhub1 | trendyhub1 | 204634643726 | https://www.ebay.com/itm/204634643726 |
| 140 | ubigface | ubigface | 235325559376 | https://www.ebay.com/itm/235325559376 |
| 141 | vivianleigh | vivianleigh | 256328112724 | https://www.ebay.com/itm/256328112724 |

26

| 142 | w-outlet-store | woutletstore | 30498652 7336 | https://www.ebay.com/itm/304 986527336 |
|---|---|---|---|---|
| 143 | WarmAndFuzzyDeal s | warmandfuzz ydeals | 16641041 9095 | https://www.ebay.com/itm/166 410419095 |
| 144 | wba-da | wbada | 40453879 4547 | https://www.ebay.com/itm/404 538794547 |
| 145 | wedding4426 | wedding4426 | 35540371 1774 | https://www.ebay.com/itm/355 403711774 |
| 145 | wedding4426 | wedding4426 | 35540371 2062 | https://www.ebay.com/itm/355 403712062 |
| 145 | wedding4426 | wedding4426 | 35540370 2044 | https://www.ebay.com/itm/355 403702044 |
| 145 | wedding4426 | wedding4426 | 35526359 2944 | https://www.ebay.com/itm/355 263592944 |
| 146 | Wise Store WildWorld | wisestorewild world | 13418682 3299 | https://www.ebay.com/itm/134 186823299 |
| 147 | xianc_92 | xianc92 | 40442151 0865 | https://www.ebay.com/itm/404 421510865 |
| 147 | xianc_92 | xianc92 | 40442464 2432 | https://www.ebay.com/itm/404 424642432 |
| 148 | xiauilei0 | xiauilei0 | 40475628 7418 | https://www.ebay.com/itm/404 756287418 |
| 149 | xiez5445 | xiez5445 | 20439743 6157 | https://www.ebay.com/itm/204 397436157 |
| 149 | xiez5445 | xiez5445 | 20439741 0464 | https://www.ebay.com/itm/204 397410464 |
| 150 | xinggube57 | xinggube57 | 38633315 3241 | https://www.ebay.com/itm/386 333153241 |
| 150 | xinggube57 | xinggube57 | 38633315 3238 | https://www.ebay.com/itm/386 333153238 |
| 150 | xinggube57 | xinggube57 | 38633316 0203 | https://www.ebay.com/itm/386 333160203 |
| 151 | yanirgarf | yanirgarf | 38671668 8641 | https://www.ebay.com/itm/386 716688641 |
| 151 | yanirgarf | yanirgarf | 38673475 9885 | https://www.ebay.com/itm/386 734759885 |
| 152 | yanz1520 | yanz1520 | 19595672 3319 | https://www.ebay.com/itm/195 956723319 |
| 152 | yanz1520 | yanz1520 | 19595670 6955 | https://www.ebay.com/itm/195 956706955 |

| 152 | yanz1520 | yanz1520 | 18605454 4418 | https://www.ebay.com/itm/186 054544418 |
| 152 | yanz1520 | yanz1520 | 38672769 5452 | https://www.ebay.com/itm/386 727695452 |
| 152 | yanz1520 | yanz1520 | 18605454 2748 | https://www.ebay.com/itm/186 054542748 |
| 152 | yanz1520 | yanz1520 | 19621930 4639 | https://www.ebay.com/itm/196 219304639 |
| 152 | yanz1520 | yanz1520 | 19621929 5575 | https://www.ebay.com/itm/196 219295575 |
| 153 | youfei-xieyun | youfeixieyun | 14492691 7666 | https://www.ebay.com/itm/144 926917666 |
| 153 | youfei-xieyun | youfeixieyun | 14492691 9662 | https://www.ebay.com/itm/144 926919662 |
| 154 | yqs120xiong | yqs120xiong | 12626787 8898 | https://www.ebay.com/itm/126 267878898 |
| 155 | Zenith Strategies | zenithstrategie s | 38636479 6723 | https://www.ebay.com/itm/386 364796723 |
| 155 | Zenith Strategies | zenithstrategie s | 38656060 1698 | https://www.ebay.com/itm/386 560601698 |
| 155 | Zenith Strategies | zenithstrategie s | 38636480 1875 | https://www.ebay.com/itm/386 364801875 |
| 155 | Zenith Strategies | zenithstrategie s | 38636476 4513 | https://www.ebay.com/itm/386 364764513 |
| 156 | zerach_store | zerachstore | 40456728 1527 | https://www.ebay.com/itm/404 567281527 |
| 156 | zerach_store | zerachstore | 40456728 1809 | https://www.ebay.com/itm/404 567281809 |
| 156 | zerach_store | zerachstore | 40456729 7781 | https://www.ebay.com/itm/404 567297781 |
| 156 | zerach_store | zerachstore | 40456734 1994 | https://www.ebay.com/itm/404 567341994 |
| 156 | zerach_store | zerachstore | 40456729 7955 | https://www.ebay.com/itm/404 567297955 |
| 156 | zerach_store | zerachstore | 40452456 2509 | https://www.ebay.com/itm/404 524562509 |
| 156 | zerach_store | zerachstore | 40452456 2711 | https://www.ebay.com/itm/404 524562711 |
| 157 | znk-usa | znkusa | 31509811 5341 | https://www.ebay.com/itm/315 098115341 |

| 158 | Blue wing | 3.04484E+12 | 601099515022652 | https://www.temu.com/aritificial-diamond-studded-transparent-ring-buckle-rose-gold-360-rotatable-finger-ring-mobile-phone-holder-self-adhesive-finger-ring-mobile-phone-holder-g-601099515022652.html |
| 159 | Cheap Sunday | 6.34418E+14 | 601099530430421 | https://www.temu.com/3pcs-transparent-phone-ring-holder-finger-kickstand-360-degree-rotation-clear-phone-ring-grip-compatible-iphone-cellphone-phone-case-g-601099530430421.html |
| 160 | Good Phone Accessories | 7671921637 | 601099514531652 | https://www.temu.com/rhinestone-design-cell-phone-ring-holder-stand-transparent-finger-grip-360-degree-rotation-kickstand-g-601099514531652.html |
| 161 | HTHwish Tech | 5.80408E+12 | 601099533010919 | https://www.temu.com/2pcs-360-rotatable-finger-ring-transparent-with-rhinestones-mobile-phone-ring-holder-g-601099533010919.html |
| 162 | MARS TOP | 4.01248E+12 | 601099513878300 | https://www.temu.com/transparent-phone-ring-holder-clear-cell-phone-ring-holder-finger-grip-360-rotation-for-most-of-the-phones-tablet-and-case-silver-boyfriends-gift-g-601099513878300.html |
| 163 | MHCAZT | 6.34418E+14 | 601099539327431 | https://www.temu.com/2-packs-transparent-mobile-phone-ring-holder-360-rotation-mobile-phone-ring-holder-mobile-phone-finger-holder-handheld-phone-grip-for-phone-case-round-g-601099539327431.html |
| 164 | Mumutangood | 4.43644E+12 | 601099514529588 | https://www.temu.com/transparent-phone-ring-holder-grip-clear-cell-phone-ring-stand-holder-finger-grip-kickstand-360-rotation-compatible-with- |

29

| | | | | most-of-phones-tablets-and-case-g-601099514529588.html |
|---|---|---|---|---|
| 165 | QGhhappy | 42010074368 | 60109951 5189888 | https://www.temu.com/new-cell-phone-ring-holder-stand-diamond-transparent-finger-grip-clear-360-degree-rotation-kickstand-compatible-with-iphones-gift-for-birthday-easter-boy-girlfriend-g-601099515189888.html |
| 165 | QGhhappy | 42010074368 | 60109951 4991673 | https://www.temu.com/clear-cat-finger-ring-mobile-phone-stand-holder-for-iphone-xs-huawei--cell-smart-round-phone-ring-holder-car-mount-stand-gift-for-birthday-easter-boy-girlfriend-g-601099514991673.html |
| 166 | QGoffice | 6.34418E+14 | 60109953 3968778 | https://www.temu.com/transparent-cute-cartoon-finger-ring-holder-cellphone-stand-shining-finger-ring-border-sticker-back-grip-clear-support-g-601099533968778.html |
| 166 | QGoffice | 6.34418E+14 | 60109952 6514383 | https://www.temu.com/transparent-cute-finger-ring-holder-rhinestone-ring-phone-stand-holder-for-cellphone-finger-grip-g-601099526514383.html |
| 167 | SNOWIEE | 6.34418E+14 | 60109953 3250511 | https://www.temu.com/8pcs-cell-phone-ring-holder-transparent-finger-grip-loop-360-degree-rotation-finger-ring-stand-g-601099533250511.html |
| 168 | The Sea Digital | 7.97502E+11 | 60109951 5903877 | https://www.temu.com/mobile-phone-ring-stand-360-degree-rotation-transparent-tablet-desktop-stand-animal-cartoon-gift-for-birthday-easter-boy-girlfriend-g-601099515903877.html |
| 169 | transy | 6.20119E+12 | 60109952 2927015 | https://www.temu.com/transparent-cartoon-cat-mobile-phone-stand-foldable-metal- |

| | | | | ring-holder-for-iphone--cute-animal-round-phone-bracket-universal-kickstand-strong-adsorption-anti-fall-for-drama-chasing-g-601099522927015.html |
|---|---|---|---|---|
| 170 | Xiaopower | 6.34418E+14 | 60109952 8180011 | https://www.temu.com/2pcs-cartoon-shape-360-rotatable-finger-ring-flower-shape-holder-with-handle-for-all-ios-android-smartphones-g-601099528180011.html |
| 171 | Xshun Phone Accessories | 6.34418E+14 | 60109952 6936969 | https://www.temu.com/1pc-white-steel-rhinestonering-buckle-bracket-transparent-acrylic-ring-bracket-transparent-rhinestonering-buckle-mobile-phone-bracket-aluminum-alloy-material-company-event-gifts-from-family-and-friends-g-601099526936969.html |
| 172 | YTDMEN | 34866665575 | 60109951 9473621 | https://www.temu.com/1pc-transparent-phone-ring-holder-g-601099519473621.html |
| 173 | addgood | 5d4a5576838 8971fd5bac25 1 | 615e5a9f5 53ee8ec78 e4b0cb | https://www.wish.com/product /615e5a9f553ee8ec78e4b0cb |
| 174 | Big and small world boutiques | 60018771e6e5 abb0c701c902 | 600fc5cb5 fc7e334fa b20d56 | https://www.wish.com/product /600fc5cb5fc7e334fab20d56 |
| 175 | Big world boutique | 5fb131ff3ff03 df27600281d | 600fc5ebc b57102b3 8194cc2 | https://www.wish.com/product /600fc5ebcb57102b38194cc2 |
| 176 | damingxingwangyan | 5aeeb913f0b7 5f0e04bd5eb3 | 63fc5b034 26043d81 23cc225 | https://www.wish.com/product /63fc5b03426043d8123cc225 |
| 177 | Double Shine | 586ba5e3ab17 f54e0c93f2bd | 5cdf76c7d 2dfc20a27 157c07 | https://www.wish.com/product /5cdf76c7d2dfc20a27157c07 |
| 178 | electronic-na | 60e4267932f3 1aaa62cc0d02 | 61a0473f1 25891d67 16d4aaf | https://www.wish.com/product /61a0473f125891d6716d4aaf |
| 179 | farvira | 61dce8417b41 8484d06b207 8 | 63aac8a32 5d4d13ce 10d3e20 | https://www.wish.com/product /63aac8a325d4d13ce10d3e20 |

| 180 | hfruisxs | 5db9153777b764085057a4f2 | 602259d4cb568050 44e6b937 | https://www.wish.com/product/602259d4cb56805044e6b937 |
| 181 | Huallbians | 5b07bca2b868391a88441816 | 60434a1a3ff2fe440140086e | https://www.wish.com/product/60434a1a3ff2fe440140086e |
| 181 | Huallbians | 5b07bca2b868391a88441816 | 5efc5960adc06a54bd01e7c9 | https://www.wish.com/product/5efc5960adc06a54bd01e7c9 |
| 181 | Huallbians | 5b07bca2b868391a88441816 | 5cb9918a34c7a06403715192 | https://www.wish.com/product/5cb9918a34c7a06403715192 |
| 182 | huangxiujuana | 5e45fbac3647760d86914a37 | 6039ebe71fbe5205275e0014 | https://www.wish.com/product/6039ebe71fbe5205275e0014 |
| 183 | Jonshop | 5afbb6c13beec16ea04d450b | 5ce76599b7b34b4c2921fef9 | https://www.wish.com/product/5ce76599b7b34b4c2921fef9 |
| 184 | liaixianga | 5e44ccfc7861e021c88eac82 | 6040937ecd5251f42d0e81bb | https://www.wish.com/product/6040937ecd5251f42d0e81bb |
| 185 | Lucky stra boy | 6003d23a1f399b0b534795d6 | 60110f8f78ec0a0108b29104 | https://www.wish.com/product/60110f8f78ec0a0108b29104 |
| 186 | memoryday2025 | 5d404383838897473514e344 | 6457561d69b0a308afc9c18a | https://www.wish.com/product/6457561d69b0a308afc9c18a |
| 187 | Rjiao | 5d5d0570560eca61440cf833 | 603366c059b251b61dd81b93 | https://www.wish.com/product/603366c059b251b61dd81b93 |
| 188 | Small world boutique | 6003fa0318d5542c62213d98 | 600fc5959ed417e0fc062b80 | https://www.wish.com/product/600fc5959ed417e0fc062b80 |
| 189 | sulyfang | 61d10dab2bfd23b22e54bb46 | 62af4f177a9f13d53ef974f4 | https://www.wish.com/product/62af4f177a9f13d53ef974f4 |
| 189 | sulyfang | 61d10dab2bfd23b22e54bb46 | 62a459d8d47caad247467c9e | https://www.wish.com/product/62a459d8d47caad247467c9e |